NUMBER
13-10-00404-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

OCEAN TOWER, L.P.,                                                                   Appellant,

 

                                                             v.

 

DATUM ENGINEERS, INC.
F/K/A

DATUM ENGINEERING, INC.,                                                       Appellee.


____________________________________________________________

 

                           On
appeal from the 357th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                   Before
Justices Rodriguez, Benavides and Vela

Memorandum Opinion
Per Curiam

 








Appellant
perfected an appeal from a judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 2008-06-3619-E.  Appellant has filed an
unopposed motion to dismiss the appeal on grounds that appellant no longer
intends to pursue the subject appeal.  Appellant requests that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

 

Delivered and filed the

31st day of August, 2010.